**KRIS J. KRAUS**
California Bar No. 233699
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Facsimile: (619) 687-2666
Kris_Kraus@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  08MJ1956 |
| | ) |
|      Plaintiff, | ) |
| | ) |
| v. | ) **NOTICE OF ATTORNEY APPEARANCE** |
| | ) |
| EUSTAQUIO RUIZ-MACLISH, | ) |
| | ) |
| | ) |
|      Defendant. | ) |
| | ) |
| _____ | ) |

      Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Kris J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as co-counsel in the above-captioned case.

                             Respectfully submitted,

Dated:  June 28, 2008                     /s/ Kris J. Kraus_____
                                      **KRIS J. KRAUS**
                                      Federal Defenders of San Diego, Inc.
                                      Attorneys for Defendant
                                      Kris_Kraus@fd.org

1

## CERTIFICATE OF SERVICE

2        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3   information and belief, and that  a copy of the foregoing document has been served this day upon:

4   U S Attorneys Office Southern District of California
    880 Front Street
5   Room 6293
    San Diego, CA 92101
6   (619)557-5610
    Fax: (619)557-5917
7   Email: Efile.dkt.gc2@usdoj.gov

8

9

10  DATED:  June 28, 2008            /s/ Kris J. Kraus
                                      **KRIS J. KRAUS**
11                                    Federal Defenders of San Diego, Inc.
                                      Kris_Kraus@fd.org
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28