AO 455(Rev. 5/85) Waiver of Indictment

**FILED**
JUL 3 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                           DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| EUSTAQUIO RUIZ-MACLISH | CASE NUMBER: 08cr2544-L |

I, EUSTAQUIO RUIZ-MACLISH, the above named defendant, who is accused of committing the following offense:

Importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on July 31, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Eustaquio Ruiz M._
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer