**KRIS J. KRAUS**
California State Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Mr. Ruiz-Maclish

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR2544-L |
| Plaintiff, ) | |
| v. ) | JOINT MOTION TO CONTINUE HEARING |
| EUSTAQUIO RUIZ-MACLISH, ) | |
| Defendant. ) | |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Kris J. Kraus, and Federal Defenders of San Diego, counsel for Mr. Ruiz-Maclish, along with Assistant United States Attorney Rees Morgan, that the hearing set for October 20, 2008 at 8:30 a.m. be continued until November 17, 2008 at 8:30 a.m.

Respectfully submitted.

Dated: August 27, 2008         /s/ Kris Kraus
**KRIS KRAUS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Ruiz-Maclish

Dated: August 27, 2008         /s/ Rees Morgan
**REES MORGAN**
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Rees Morgan
U S Attorneys Office Southern District of California
Email: rees.morgan@usdoj.gov

Dated: August 27, 2008                                             /s/  Kris J. Kraus
                                                                                  KRIS J. KRAUS
                                                                                  Federal Defenders
                                                                                  225 Broadway, Suite 900
                                                                                  San Diego, CA 92101-5030
                                                                                  (619) 234-8467  (tel)
                                                                                  (619) 687-2666  (fax)
                                                                                  e-mail: kris_kraus@fd.org