1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| UNITED STATES OF AMERICA, | ) | CASE NO.  08CR2544-L |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER TO CONTINUE HEARING |
| EUSTAQUIO RUIZ-MACLISH, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that for good cause, the hearing in the above-mentioned case, currently set for October 20, 2008 at 8:30 a.m. be continued until November 17, 2008 at 8:30 a.m.

**SO ORDERED.**

DATED: August 28, 2008

_____
M. James Lorenz
United States District Court Judge